No. 99–9272.  TALLEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–9279.  WATERS v. BUTLER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–9281.  CUNNINGHAM v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–9320.  LAYTON v. TRENT, WARDEN.  Cir. Ct. Jefferson County, W. Va.  Certiorari denied.

No. 99–9323.  JACKSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–9327.  CLARK v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–9358.  SIMPSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–9363.  NASON v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 99–9365.  PETERSON v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 99–9377.  PETERSON v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 99–9378.  STANCIL v. CHAPMAN, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–9383.  ROBINSON v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–9385.  RHYNES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–9389.  COVINGTON v. ABRAMAJTYS, WARDEN.  C. A. 6th Cir.  Certiorari denied.